IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SACHIO WILDE, | No. 2:16-cv-0616-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| C. WOFFORD, | |
| Respondent. | |
| _____/ | |

  Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner is challenging his 2013 conviction from the Placer County Superior Court.

  A review of the Court's docket shows that this case was opened in error. Petitioner originally filed his petition on August 10, 2015, with the Fresno division of this court, case number 1:15cv1229.  As the Fresno division was not the proper division for this action, an order was issued transferring the petition to the Sacramento division, resulting in a new case number, 2:15cv1715.  However, due to a docketing error, a duplicative case was opened in the Fresno division, case number 1:15cv1715, which was also later transferred to the Sacramento division resulting in this case being opened.  However, the duplicative Fresno case (1:15cv1715)

1

was opened in error, and should not have been opened or transferred.  Petitioner's challenge to his 2013 conviction is proceeding in case number 2:15cv1715.  This case was simply opened in error.

        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall close this case as opened in error.

DATED:  October 27, 2016

                                                      _____
                                                      **CRAIG M. KELLISON**
                                                      UNITED STATES MAGISTRATE JUDGE